UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANTHONY WOODS,                                       JUDGMENT
                                                                      12-CV- 2175 (NGG)
                            Petitioner,

    -against-

PHILIP D. HEATH, Superintendent,
Sing Sing Correctional Facility,

                            Respondent.
--------------------------------------------------------X

                A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on November 19, 2013, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

                ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York                                         Douglas C. Palmer
         November 19, 2013                                              Clerk of Court

                                                           by:     */s/ Janet Hamilton*
                                                                       Deputy Clerk